UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY LEE GRAY,

        Plaintiff,

    v.

ARNOLD SCHWARZENEGGER, Governor,

        Defendant.

                                  /

No. C 07-5548 PJH (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner who is housed at Mule Creek State Prison. Plaintiff contends that overcrowding has caused the prison health care system to be inadequate, that he is innocent of the crime of which he was convicted, that his plea bargain was breached, and that there was "clear sentencing error." The last two of these claims are claims which can be brought only in a habeas corpus proceeding, and so are **DISMISSED** without prejudice to bringing them in a habeas case. *See Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973). The remaining claim, that overcrowding violated plaintiff's rights, involves conditions at the prison where he is confined, which is in the venue of the United States District Court for the Eastern District of California. The preferable venue for this case thus is the Eastern District. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1404(a). In view of the transfer, the court will not rule upon plaintiff's motions for leave to proceed in forma pauperis, for convocation of a three-judge panel, and for a stay.

**IT IS SO ORDERED.**

Dated: November 5, 2007.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\ORDERS\CR\GRAY5548.TRN.wpd